**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6382**

---

MICHAEL W. OWENS,

Plaintiff - Appellant,

versus

RON ANGELONE, Director, Virginia Department
of Corrections; JOHN B. TAYLOR, Warden,
Buckingham Correctional Center; GENE JOHNSON,
Virginia Department of Corrections; MAYBELLE
BROWN, Mailroom Clerk, Buckingham Correctional
Center,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-96-224-R)

---

Submitted: July 23, 1996          Decided: August 5, 1996

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael W. Owens, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Owens v. Angelone</u>, No. CA-96-224-R (W.D. Va. Mar. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>